**Albert LeBLANC, individually and doing business as LeBlanc's Auto Sales.**

No. 46870.

Oct. 2, 1963.

In re: Albert LeBlanc, individually and doing business as LeBlanc's Auto Sales, applying for writ of certiorari.

Writ denied. We find no error of law in the ruling complained of.

156 So.2d 475

## STATE of Louisiana

v.

**Chester GREEN (consolidated cases).**

No. 46886.

Oct. 2, 1963.

In re: Chester Green applying for writs of certiorari, prohibition and mandamus.

Writs refused. The ruling of the judge as to the question of lack of venue is correct. Applicant's rights under his plea of unconstitutionality are reserved in the event of conviction.

156 So.2d 475

## STATE of Louisiana ex rel. Henry KING

v.

**Frank H. LANGRIDGE, District Attorney, et al.**

No. 46938.

Oct. 2, 1963.

In re: Henry King applying for writ of mandamus.

Writ denied. The showing made by relator is not sufficient to justify this Court exercising its supervisory jurisdiction.

156 So.2d 475

## W. Litt MARTIN et al.

v.

**Leonard J. TOUPS et al.**

No. 46939.

Oct. 2, 1963.

In re: W. Litt Martin, Edward P. Gros and Donald P. Walther applying for writs of certiorari and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction, which may be invoked only when the applicant has no adequate remedy by appeal and is sustaining irreparable injury. Such is not the case here.